**In the United States District Court**
**For the Southern District of Texas**
**Houston Division**

| | | |
|---|---|---|
| Jerlene Batiste, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 4:20-CV-1092 |
| | § | |
| Carla Armaund, Kingwood Pine | § | |
| Hospital, Raymond Batiste, Jerry Sethna, | § | Jury Demand |
| Harris County, et al. | § | |
| | § | |
| *Defendants.* | § | |

---

### DEFENDANT HARRIS COUNTY, TEXAS' NOTICE OF REMOVAL

---

TO THE MOST HONORABLE JUDGE OF SAID COURT

Defendant Harris County, Texas ("Defendant"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1331 and 1441, respectfully showing the Court the following:

1.      Defendant seeks to remove Plaintiff Jerlene Batiste ("Plaintiff") lawsuit from state court based on this Court's original jurisdiction over claims arising under federal law. 28 U.S.C. §§ 1331, 1441(a), and 1441(c).

2.      On March 13, 2020, Plaintiffs filed Plaintiff's Original Petition ("Original Petition") under Cause No. 2020-17091, Jerlene Batiste v. Carla Armaund, et al., in the 61st Judicial District Court of Harris County, Texas.  Upon information and belief, Plaintiff did not make a jury demand.  The Original Petition alleges causes of action under 42 U.S.C. § 1983, alleging purported violation of the Fourth and Fourteenth Amendment.[1]

---

[1]  Original Petition, page 11, Section F.

3.     Plaintiffs served process on Defendant Harris County, Texas on March 18, 2020. This notice is filed within thirty (30) days after Defendant was served with the Original Petition. 28 U.S.C. § 1446(b)(1)–(2).

4.     Venue in this Court is proper because Defendant is Harris County, Texas, which is located within the Houston Division of the Southern District of Texas. In addition, a substantial part of the alleged events or omissions giving rise to Plaintiffs' claims allegedly occurred in Harris County. 28 U.S.C. § 1391 (b)(1), (2).

5.     Copies of all process and pleadings filed in Cause No. 2020-17091 have been appended to this Notice. The appendix includes a table of contents. Defendant has also appended a civil cover sheet and a list of counsel.

6.     Written notice of the filing of this Notice of Removal is being served on all adverse parties as required by 28 U.S.C. § 1446(d).  A true and correct copy of this Notice will be filed with the District Clerk of Harris County, Texas, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant Harris County, Texas, respectfully request that this action be removed to the United States District Court.

Respectfully submitted,

Of Counsel:                                /s/  Armando S. Chiu

                                           Armando S. Chiu
Vince Ryan                                 Assistant County Attorney
Harris County Attorney                     Federal (Southern District) No. 38696
                                           Texas Bar No. 24006996
                                           1019 Congress, 15th Floor
                                           Houston, Texas 77002
                                           Telephone:  (713) 274-5345
                                           Facsimile:  (713) 755-8924
                                           Email:  Armando.Chiu@cao.hctx.net

2

Attorney-in-Charge for Defendant Harris County, Texas

---

**Certificate of Service**

---

I certify that a true and correct copy of this pleading was delivered on March 27, 2020 to all known counsel of record:

Counsel for Plaintiff via email and fax
U.A. Lewis
Damion Millington
99 Detering St.
Houston, Texas 77007
713-570-6555
713-581-1017 fax
MyAttorneyAtLaw@gmail.com
dmillington@thelewislaw.com

/s/  Armando S. Chiu
Armando S. Chiu
Assistant County Attorney

3